1  Mitchell F. Boomer (SBN 121441)
   Spencer J. Davidson (SBN 281169)
2  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
3  San Francisco, California 94111-4615
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401
   Email: mitchell.boomer@jacksonlewis.com
5         spencer.davidson@jacksonlewis.com

6  Attorneys for Defendant
   STERIS INSTRUMENT MANAGEMENT
7  SERVICES, INC.

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11  ERIC WELTY,                                    Case No: 2:18-cv-02830-KJM-KJN

12         Plaintiff,                              The Hon. Kimberly J. Mueller Presiding

13                                                 **STIPULATION AND ORDER TO
           v.                                      EXTEND TIME TO COMPLETE
14                                                 SETTLEMENT AND FILE
    STERIS INSTRUMENT MANAGEMENT                   DISPOSITIONAL DOCUMENTS**
15  SERVICES, INC., a Delaware Corporation;
    and DOES 1 THROUGH 100, inclusive,
16

17         Defendants.

18

19         **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

20         PLEASE TAKE NOTICE that Plaintiff ERIC WELTY ("Plaintiff") together with

21  Defendant STERIS INSTRUMENT MANAGEMENT SERVICES, INC. ("Defendant,"

22  collectively the "Parties") hereby agree and stipulate as follows:

23         WHEREAS on January 31, 2020, the Parties reached a settlement in principle of this

24  entire action, and Defendant filed a notice of settlement to inform the Court of the Parties'

25  agreement this same day.

26         WHEREAS as of the undersigned date, the Parties have completed all signatures

27  necessary on their long-form settlement agreement.

28         WHEREAS as of the undersigned date, Defendant is awaiting additional documents from

---

1

Stipulation and Order re: Settlement                    Case No. 2:18-cv-02830-KJM-KJN

Plaintiff and his counsel in order to finalize and complete the terms of the settlement agreement.

WHEREAS while the Court requested that all dispositional documents shall be filed no later than February 21, 2020, the Parties require additional time for Plaintiff to provide this additional documentation, and for Defendant thereafter to complete the requisite terms set forth in the settlement agreement.

IT IS THEREFORE STIPULATED that the Parties shall have an additional forty-five days to file their dispositional documents following their settlement.

IT IS SO STIPULATED.

Dated: February 24, 2020      LIPOW & HARRIS

By:    /s/ Jeffrey A. Lipow
         Jeffrey A. Lipow
         Attorneys for Plaintiff
         ERIC WELTY
         (*as authorized by counsel on Feb. 24, 2020*)

Dated: February 25, 2020      JACKSON LEWIS P.C.

By:    /s/ Spencer J. Davidson
         Mitchell F. Boomer
         Spencer J. Davidson
         Attorneys for Defendant
         STERIS INSTRUMENT MANAGEMENT
         SERVICES, INC.

**ORDER**

The Court, having read and considered the Parties' stipulation, above, and good cause appearing, hereby orders that the Parties shall have until April 10, 2020, to file their dispositional documents in this case.

**IT IS SO ORDERED.**

Dated: February 26, 2020

CHIEF UNITED STATES DISTRICT JUDGE